# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02932-REB-MJW

Ken Zaenger,

    Plaintiff/Movant,

Weston Distance Learning, Inc.,

    Defendant.

---

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

---

Ken Zaenger ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 26, 2014

    Respectfully submitted,
    By  */s/ Jenny DeFrancisco*
    Jenny DeFrancisco, Esq.
    LEMBERG LAW, L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    Email: jdefrancisco@lemberglaw.com
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 26, 2014, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By * /s/ Jenny DeFrancisco*
                  Jenny DeFrancisco, Esq.